## TAYLOR *v.* NEITHER.

LUMPKIN, P. J.   1.   A husband and his wife being, at least so far as their
legal rights are concerned, separate and distinct persons, an adjudication
awarding the custody of a minor child, who was not the child of either,
to the respondent in a habeas corpus proceeding sued out by a married
man is not binding upon the latter's wife and does not estop her from
suing out a like proceeding against the same respondent to obtain the
custody of such child.

2.   When an ordinary, sitting as a habeas corpus court, renders a judgment
which the evidence, though conflicting, fully supports, the superior court,
in overruling a certiorari sued out to reverse that judgment, commits
no error.

3.   The present case is controlled by the rulings above announced, which dis-
pose of the only questions made in the argument submitted to this court.
                *Judgment affirmed.    All the Justices concurring.*

                Submitted March 27, — Decided April 24, 1899.

Certiorari.    Before  Judge  Butt.    Chattahoochee  superior
court.    September term, 1898.

*Leonidas McLester*, for plaintiff in error.
*Miller & Miller*, contra.

---

## SMITH *v.* CITY OF ROME.

LITTLE, J.   There being in this case issues of fact which should have been
passed upon by a jury, it was error to grant a nonsuit.
                · *Judgment reversed.    All the Justices concurring.*

                Submitted March 25, — Decided April 24, 1899.

Action  for  damages.    Before  Judge  Fite.    Floyd  superior
court.    January term, 1898.

.  *Wright & Ewing* and *Dean & Dean*, for plaintiff.
*C. W. Underwood* and *Rowell & Rowell*, for defendant.